UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                              CASE NO. 17-15507-BKC-RAM
ANTHONY PEREZ                                       CHAPTER 13
      DEBTOR
_____/

**DEBTOR'S RESPONSE TO HMC ASSETS, LLC, SOLELY IN ITS CAPACITY AS SEPARATE
TRUSTEE OF COMMUNITY DEVELOPMENT FUND II TRUST RESPONSE OF OBJECTION
TO CLAIM NO.: 5**

      The Debtor, Anthony Perez, by and through undersigned counsel, files this Response to HMC Assets, LLC, Solely in its Capacity as separate Trustee of Community Development Fund II Trust ("Lender") response of Objection to Claim No.: 5 and in support thereof states:

1. Debtor's filed for Bankruptcy Protection under Chapter 13 on 5/1/2017.

2. On 10/30/17 Debtor filed an Objection to Claim No.5 filed by Lender (ECF #50) requesting for accounting information used to ascertain the amounts owed.

3. On 11/9/17 BSI Financial Services, as Servicing Agent for Lender ("Servicer") filed its supplemental exhibits to proof of Claim No.: 5-1 (ECF # 53).

4. In reviewing the supplemental exhibits the undersigned Counsel is requesting clarification on the following items:

   a. Provide clarification on what expense advances of $690.00 and $750.00 occurred on 2/27/2017 totaling $1,440.00.

   b. As per the supplemental exhibits filed by Servicer, it seems that the prorated escrow amount for hazard and flood insurance are not being collected; however in the historical payments these amounts were collected. As per the Debtor, his escrows have always included taxes and insurance.

   c. There is a discrepancy between the Original Proof of Claim 5-1 and the Supplemental exhibits (ECF #53). According to the letter that was included in your original Proof of Claim dated May 19th, 2017 you state that the Principal and Interest payments are $826.05, escrow payments are $628.23 for a full payment of $1,454.28 however according to the letter dated May 1st, 2017 that was included in the supplemental documentation it is stated that the payments for Principal and Interest are $826.05, escrow payments are $170.09 for a full payment of $996.14. The Debtor is requesting for the correct ongoing payments?

         d. According to the letter dated May 1st, 2017 in the supplemental documentation it reflects that there is an escrow surplus of $6,371.62. Inform us how will these funds be applied and how will this affect the ongoing post petition payments.

        WHEREFORE, Debtor respectfully request that this Court continue the Objection to Claim No.: 5 filed by Lender so that the undersigned Counsel and Debtor can review the requested information in a timely and accurate manner.

Dated this 13th day of March, 2018

                                  /s/ _____
                                  JOSE P. FUNCIA, ESQ.
                                  Miller & Funcia, P.A.
                                  9555 N. Kendall Dr. Ste 211
                                  Miami, FL 33176
                                  Phone: 305-274-2922
                                  millerandfunciapa@gmail.com
                                  FBN: 0698210

### CERTIFICATE OF SERVICE AND
### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)

        I certify that true copies of DEBTOR'S RESPONSE TO HMC ASSETS, LLC, SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF COMMUNITY DEVELOPMENT FUND II TRUST RESPONSE OF OBJECTION TO CLAIM NO.: 5 was served on March 13, 2018 as follows:

*Electronically*

Chase A Berger on behalf of Creditor BSI Financial Services, as Servicing Agent for HMC Assets, LLC, Solely in its capacity as Separate Trustee of Community Development Fund II Trust
chase@bergerfirm.com, ricardo@bergerfirm.com,areyes@ghidottiberger.com
Jose P Funcia on behalf of Debtor Anthony Perez
millerfunciaecf2@gmail.com,millerandfunciapa@gmail.com, millerandfunciapa@ecf.inforuptcy.com
Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

                                  /s/ _____
                                  JOSE P. FUNCIA, ESQ.
                                  9555 N. Kendall Drive
                                  Suite 211
                                  Miami, FL 33176
                                  Telephone 305-274-2922
                                  millerandfunciapa@gmail.com
                                  FL Bar No 0698210