UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                CASE No. 17-15507-BKC-RAM
ANTHONY PEREZ                                              Chapter 13
     Debtor
_____/

## MOTION TO REINSTATE CHAPTER 13 CASE

     The Debtor, Anthony Perez, by and through undersigned counsel, moves this honorable court for an Order Reinstating Chapter 13 Case and in support thereof the Debtors state the following:

1. Debtor filed for bankruptcy protection on 5/1/2017.
2. On 6/21/2018, Nancy K. Neidich, Trustee filed a Notice of Non-Compliance for failure of the Debtor to become current with his chapter 13 plan payments. Subsequently, on 6/22/2018, the Court issued an Order dismissing this case.
3. The Debtor had encountered economic difficulties and could not make the payments on time.
4. The Debtor has now collected the funds required to become current with his Chapter 13 Plan and would like the opportunity to reinstate his case.
5. The Debtor has agreed to pay $500.00 for the filing of this motion and $25.00 in costs to the undersigned.
6. The granting of this motion would not prejudice any creditor.

     WHEREFORE the Debtor requests that this court enter an Order Reinstating Chapter 13 Case.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090- 1(A)

## CERTIFICATION OF FUNDS DUE

I undersigned affirms that the Debtors have furnished funds totaling $3,522.04 good towards the payment of the Debtors plan to Miller and Funcia, P.A. and that these funds are ready for disbursement.

     Dated this 13th day of July, 2018.

     Respectfully submitted,
     Miller & Funcia, P.A.
     9555 N. Kendall Drive, Suite 211
     Miami, Florida 33176
     Phone: 305-274-2922
     Fax:    305-273-8734
     _____/s/_____
     Jose P. Funcia, Esq.
     FBN 0698210