**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**IN RE:**

                                  **CASE NO.: 17-15507-BKC-RAM**

**ANTHONY PEREZ**                       **Chapter 13**

      **Debtor**

_____/

**DEBTOR'S MOTION TO OBTAIN APPROVAL TO SELL HOMESTEAD**
**PROPERTY LOCATED AT 12749 SW 71 TERR., MIAMI, FL 33183**
**(Includes Supplemental Fee Disclosure)**

The Debtor, **Anthony Perez,** by and through undersigned counsel, hereby files this Motion to Obtain Approval to Sell Homestead property located at 12749 SW 71 Terr., Miami, FL 33183, and avers in support thereof:

1.  This is a confirmed Chapter 13 case.

2.  The Debtor seeks approval to sell his homestead property located at 12749 SW 71 Terr., Miami, FL 33183

3.  A copy of the "AS IS" Residential Contract is attached hereto as Exhibit "A" and incorporated herein as reference.

4.  The Debtor has requested and believes that the service of filing this motion is necessary for the administration of the case. The attorney for the Debtor has received a fee of **$500.00** for filing and prosecuting this motion and **$25.00** for costs and seeks court approval of the fee pursuant to 11 U.S.C. § 329 and Rule 2016 of the Federal Rules of Bankruptcy Procedure. The services required in filing and prosecuting the motion and representing the Debtor in Chapter 13 are reasonable and necessary and are not contemplated by the original retainer agreement between the Debtor and the attorney for the Debtor.

**WHEREFORE,** the Debtor seeks the relief sought in this motion and for any other relief deemed just and proper in the circumstances.

*I certify that I am admitted to the Bar of the US District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in the local rule 2090-1 (A).*

Respectfully submitted,
Miller & Funcia, P.A.
9555 N. Kendall Drive, Suite 211
Miami, Florida 33176
Phone: 305-274-2922
millerandfunciapa@gmail.com

/s/ _____
Jose P. Funcia, Esq., FBN 698210